UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JOYCE BRITTINGHAM,                    )
                                      )
            Plaintiff,                )
                                      )
v.                                    )        No. 3:04-CV-593
                                      )        (Phillips/Guyton)
BILL WHITE, et al.,                   )
                                      )
            Defendants.               )

## MEMORANDUM AND ORDER

This case came before the undersigned on October 6, 2005, for a telephone conference. Participating in the hearing for the plaintiff/counter-defendant Joyce Brittingham was attorney Dail R. Cantrell. Participating for the defendant/counter-plaintiff Lisa Crumpley was attorney April C. Meldrum. The parties contacted the undersigned pursuant to the procedure for the resolution of discovery disputes set forth in Paragraph 4(i) of the Scheduling Order. [Doc. 12].

Plaintiff Brittingham objects to the Notice To Take Discovery Depositions [Doc. 20], which notices her deposition for Monday, October 10, 2005. Based upon the arguments of counsel, the Court finds the plaintiff's objections to be well-taken. It is hereby **ORDERED** that the plaintiff's deposition shall be rescheduled. The plaintiff will be required to appear for deposition

on either **October 25, 2005** or **October 26, 2005**, at the law offices of attorney April C. Meldrum,

130 N. Bowling Street, Clinton, Tennessee 37716.

**IT IS SO ORDERED.**

ENTER:

_____ s/ H. Bruce Guyton _____
United States Magistrate Judge