UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOYCE BRITTINGHAM,     )<br>     Plaintiff,     )<br>     )<br>v.     )<br>     )<br>STEVE ABNER, et al.,     )<br>     Defendants.     ) | No. 3:04-CV-593<br>(Phillips) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to dismiss filed by defendants Steve Abner and Lisa Crumpley [Doc. 14] is **GRANTED,** and this action is **DISMISSED.**

Additionally, pursuant to 28 U.S.C. § 1367(c)(3), plaintiff's claims for assault, outrageous conduct, negligence, infliction of emotional distress, harassment, trespass, and violation of various statutes under Tennessee law will be **DISMISSED, BUT WITHOUT PREJUDICE** to refiling the same in an appropriate state court. Further, pursuant to § 1367(c)(3), defendant Crumpley's counterclaim for personal injuries under state law will also be **DISMISSED, BUT WITHOUT PREJUDICE** to refiling the same in an appropriate state court.

The final pretrial conference scheduled for February 3,2006, as well as the trial scheduled for February 9, 2006 are **CANCELLED.**

**IT IS SO ORDERED.**

**ENTER:**

<u>    s/ Thomas W. Phillips    </u>
United States District Judge